FILED
2016 Aug-16  AM 10:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **APRIL HARRIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.  2:14-CV-0805-SLB |
| | ) |
| **RELS REPORTING SERVICES, LLC,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, it is hereby **ORDERED** that defendant's Motion for Summary Judgment, (doc. 57), is **GRANTED**.  Plaintiff's claims are **DISMISSED WITH PREJUDICE**.  Costs are taxed against the plaintiff.

**DONE** this 16th day of August, 2016.

_____
SHARON  LOVELACE  BLACKBURN
SENIOR UNITED STATES DISTRICT JUDGE